■ In the Matter of RICKY LAND, Appellant, v ALBERT PRACK, as Director of Special Housing and Inmate Disciplinary Programs, Respondent. [18 NYS3d 895]—Appeal from a judgment of the Supreme Court (McDonough, J.), entered February 15, 2015 in Albany County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to review a determination of the Commissioner of Corrections and Community Supervision finding petitioner guilty of violating a prison disciplinary rule.

Judgment affirmed. No opinion.

Lahtinen, J.P., Rose, Lynch and Clark, JJ., concur. Ordered that the judgment is affirmed, without costs.